PATTERSON BELKNAP WEBB & TYLER LLP
Steven A. Zalesin (*pro hac vice*)
sazalesin@pbwt.com
1133 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 336-2000
Facsimile:   (212) 336-2222

CARLTON FIELDS, LLP
Mark A. Neubauer (SBN 73728)
mneubauer@carltonfields.com
Kim S. Zeldin (SBN 13580)
kzeldin@carltonfields.com
2029 Century Park East, Suite 1200
Los Angeles, CA 90067-2913
Telephone:  (310) 843-6300
Facsimile:   (310) 843-6301

*Attorneys for Defendants The Glad Products Company and The Clorox Company*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG WOOLARD, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE GLAD PRODUCTS COMPANY, a Delaware Corporation, and THE CLOROX COMPANY, a Delaware Corporation,<br><br>Defendants | Case No.: 3:24-cv-00829-JO-BLM<br><br>Assigned to Hon. Jinsook Ohta<br><br>**JOINT MOTION AND STIPULATION FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE AS TO PLAINTIFF CRAIG WOOLARD AND WITHOUT PREJUDICE AS TO CLASS** |

1

The parties, by and through their undersigned counsel of record, jointly agree and stipulate and move the Court to enter an order dismissing the case, as follows:

WHEREAS, although this case was filed as a putative class action, no class has been certified, and court's approval of this voluntary dismissal is not required under Federal Rule of Civil Procedure 23(e); and

WHEREAS, Federal Rule of Civil Procedure 41(a)(1)(A)(ii) authorizes the voluntary dismissal of action upon stipulation of the parties;

IT IS HEREBY STIPULATED AND AGREED THAT:

(i) The individual claims of Plaintiff Craig Woolard are dismissed with prejudice;

(ii) The claims of the putative class are dismissed without prejudice;

(iii) The parties shall bear their own costs, expenses, and fees.

Respectfully submitted this 14th day of June, 2024.

PATTERSON BELKNAP WEBB & TYLER LLP

CARLTON FIELDS, LLP

By: /s/ *Kim S. Zeldin*
Kim S. Zeldin

*Attorneys for Defendants*

MANFRED, APC

By: /s/ *Manfred P. Muecke*
Manfred P. Muecke

*Attorneys for Plaintiff*

**SIGNATURE ATTESTATION**

I hereby certify that the content of this document is acceptable to counsel for Plaintiff Craig Woolard, and I obtained authorization to affix his electronic signature to this document.

CARLTON FIELDS, LLP


/s/ *Kim S. Zeldin*
Kim S. Zeldin
*Attorneys for Defendants*